**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

| | | |
|---|---|---|
| In re:<br><br>BANK OF AMERICA WAGE AND HOUR LITIGATION | )<br>)<br>)<br>)<br>) | MDL NO. 2138 |

**NOTICE OF APPEARANCE ON BEHALF OF BANK OF AMERICA CORPORATION AND BANK OF AMERICA, N.A.**

**MCGUIREWOODS LLP**
Michael D. Mandel
1800 Century Park East, 8th Floor
Los Angeles, CA 90034
Telephone: (310) 315-8200
Facsimile: (310) 315-8210
mmandel@mcguirewoods.com

Counsel for Defendants
Bank of America Corporation and
Bank of America, N.A.

COMES NOW Michael D. Mandel of McGuireWoods LLP and hereby enters his appearance in this matter on behalf of Defendants Bank of America, N.A., Bank of America Corporation and respectfully requests to receive electronic service of all pleadings, notices, orders, and other papers relating to this matter before the Judicial Panel on Multidistrict Litigation:

Dated November 2, 2010

Respectfully submitted

/s/ Michael D. Mandel

Michael D. Mandel, CA #216934
**MCGUIREWOODS LLP**
1800 Century Park East, 8th Floor
Los Angeles, CA 90067
Telephone: (310) 315-8200
Facsimile: (310) 315-8210
mmandel@mcguirewoods.com

Counsel for Defendants
Bank of America Corporation and
Bank of America, N.A.